IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MARK ALAN SHOEMAKER,            )
                                )
        Plaintiff,               )
                                )
-vs-                             )   CASE NO. CIV-23-202-J
                                )
QUINTESSA LLC, an Oklahoma       )
Limited liability company,       )
                                )
        Defendant.               )

DEPOSITION OF CRAIG ALINDER

TAKEN ON BEHALF OF THE DEFENDANT

VIA VIDEOCONFERENCE

ON MAY 9, 2024

REPORTED BY:  TRENA K. BLOYE, CSR

```
 1                    A P P E A R A N C E S
 2
 3
 4   All parties appeared via videoconference.
 5
 6   For the Plaintiff:
 7          MICHAEL SOFRIS
            ACTION LEGAL TEAM
 8          13920 Northwest Passage, Suite 304
            Marina del Rey, California 90292
 9          michaelsofris@gmail.com
            310-877-8828
10
11
     For the Defendant:
12
            BENJAMIN M. MCcASLIN
13          STRIDE LAW FIRM
            P.O. BOX 1407
14          Guthrie, Oklahoma 73044
            ben@stride.law
15
16
17   Also Present:
18          Mark Alan Shoemaker
19
20
21
22
23
24
25
```

Craig Alinder                                                May 9, 2024

Page 3

# TABLE OF CONTENTS

| CRAIG ALINDER | Page |
|---|---|
| Corporate representative | 5 |
|    Examination by Mr. McCaslin | 5 |
| Personal Capacity | 86 |
|    Examination by Mr. McCaslin | 86 |
| Jurat Page | 93 |
| Correction Sheet | 94 |
| Certificate | 95 |

## INDEX OF EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | Lead Commission Agreement | 16 |
| Exhibit 2 | First Amended Complaint | 59 |
| Exhibit 3 | Assignment | 72 |
| Exhibit 4 | 10/1/23 Email | 73 |
| Exhibit 5 | 3/1/23 Email | 76 |
| Exhibit 6 | 3/16/23 Shoemaker Invoice | 78 |

\* \* \* \* \* \* \* \* \* \*

Craig Alinder	May 9, 2024

Page 4

1  **S T I P U L A T I O N S**

4  **IT IS HEREBY STIPULATED AND AGREED BY** and
5  between the parties hereto, through their respective
6  attorneys, that the deposition of CRAIG ALINDER may be
7  taken on behalf of the Defendant on the 9th day of May,
8  2024, via videoconference, by Trena K. Bloye, Certified
9  Shorthand Reporter for the State of Oklahoma, by notice
10  pursuant to the Federal Rules of Civil Procedure.

15                      * * * * *

Page 5

1              CRAIG ALINDER,
2  after having been first duly sworn at 11:02 a.m., deposes
3  and says in reply to the questions propounded as follows,
4  to wit:
5                EXAMINATION
6  BY MR. McCASLIN:
7       Q    Would you please state your full, legal name.
8       A    Craig Henrich Alinder.
9       Q    Okay.  Alinder.  I wondering how to say it.  I've
10 heard it said Alinder, but it's Alinder.
11      A    It is Alinder.
12      Q    What is your date of birth?
13      A    ████████████
14      Q    Okay.  Mr. Alinder, have you ever given a
15 deposition before?
16      A    Nope.
17      Q    Have you ever testified in a court of law?
18      A    Nope.
19      Q    Okay.  Well, since this is the first time, I'll
20 walk through what I like to call the deposition preamble.
21 I'm sure your attorney probably gave you some advice on
22 sort of what to expect in this deposition.  But I will give
23 you a few things that we can try to keep in mind to try to
24 make our time here a little bit easier and to make our
25 transcript more accurate and to help out our court

Craig Alinder                                                                May 9, 2024

Page 79

1  invoices that Mr. Shoemaker submitted to Clear View?
2             MR. SOFRIS:  Objection.  For the Quintessa case
3  or for all cases?
4             MR. McCASLIN:  Yeah.  Thanks for clarifying.
5      Q    (By Mr. McCaslin)  In connection with the
6  Quintessa case.
7      A    I don't know.  We have gotten more than this
8  invoice from Mr. Shoemaker, but we have several matters
9  that we consult with him on.
10     Q    Okay.  But specifically for the Quintessa matter
11 is what I'm interested in.  Are there any other invoices
12 that Mr. Shoemaker would have submitted to Clear View?
13     A    I don't know.
14     Q    Okay.  If there were, would Clear View have
15 produced those in this document production?
16     A    I would have hoped so.  I mean, we produced the
17 emails.  So if it came through email.
18     Q    Do you know if Clear View paid for this invoice?
19     A    I believe we did, yeah.
20     Q    You know Mr. Shoemaker is not a licensed attorney?
21     A    Yes, I do.
22     Q    Let's talk about the subpoena production.  Do you
23 recall getting a subpoena to yourself as well as to Clear
24 View in this case?
25     A    Yes.

Craig Alinder                                                  May 9, 2024

Page 85

1              We'll come back and we'll probably shift over
2    to the personal deposition, which is not going to take long
3    at all.
4              THE WITNESS:  Okay.
5              (A break was had from 1:18 to 1:23 p.m.)
6         Q    (By Mr. McCaslin) Okay.  Looking back at this
7    assignment, which has been marked as Exhibit 3, do you
8    specifically remember executing this assignment on March
9    1st of 2023?
10        A    No.
11        Q    Do you specifically remember executing an
12   assignment near October 1st of 2023?
13        A    No.
14        Q    Explain to me why Clear View decided to assign
15   these claims and have Mark Shoemaker litigate them as
16   opposed of Clear View litigating them in its own name?
17        A    Because the -- to save money.  I mean, the expense
18   of the litigation and not knowing the legal prospects of
19   the litigation.  We have several other litigations active,
20   which are expensive as well.  So simple as that.
21             MR. McCASLIN:  Okay.  I think that's all the
22   questions I have on the corporate rep deposition, so I will
23   pass the witness.
24             Mr. Sofris, do you have any questions for the
25   witness?