## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK ALAN SHOEMAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 23-CV-202-J |
| ) | |
| QUINTESSA LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANT'S FINAL EXHIBIT LIST**

Defendant, Quintessa LLC ("Quintessa" or "Defendant"), submits the following Final Exhibit List:

| No. | Description of Exhibit |
|---|---|
| 1. | Template of Quintessa's standard Lead Purchase Agreement as of November 30, 2020. |
| 2. | Lead Commission Agreement between Quintessa and Clear View dated November 30, 2020. |
| 3. | Email from Mark Shoemaker to Craig Alinder dated August 20, 2023. |
| 4. | Email from Craig Alinder to Mark Shoemaker dated August 21, 2023. |
| 5. | Transcript of Craig Alinder's deposition testimony. |
| 6. | Transcript of Mark Shoemaker's deposition testimony. |
| 7. | Mark Shoemaker's Responses to Quintessa's First Set of Discovery. |
| 8. | Mark Shoemaker's Amended Verified Responses to Quintessa's First Set of Discovery. |
| 9. | Mark Shoemaker's Further Amended Verified Responses to Quintessa's First Set of Discovery. |
| 10. | Email from Mark Shoemaker to Craig Alinder dated October 1, 2023. |
| 11. | Email from Craig Alinder to Mark Shoemaker dated October 2, 2023. |
| 12. | Copy of Assignment dated to March 1, 2023. |
| 13. | Metadata for Assignment dated March 1, 2023. |

Pursuant to the Court's Amended Scheduling Order (Doc. No. 22), Quintessa lists the following additional exhibits which may be used at trial if the need arises:

| No. | Description of Exhibit |
|---|---|
| 14. | Dworkin & Maciariello's first Lead Purchase Agreement with Quintessa. |
| 15. | Dworkin & Maciariello's second Lead Purchase Agreement with Quintessa. |
| 16. | Dworkin & Maciariello's campaign Google Sheets tracking leads, disengagements, and campaign finances. |
| 17. | Emails and Accident Intake portal entries from Dworkin & Maciariello to Quintessa regarding disengaged/rejected leads. |
| 18. | Credit card disputes/chargebacks submitted by Dworkin & Maciariello. |
| 19. | Emails from Bradley Dworkin to Quintessa disputing payments made to Quintessa. |
| 20. | Emails from Bradley Dworkin and his attorney Peter Segal to Quintessa demanding refund for lead retainers paid to Quintessa. |
| 21. | Letter from Peter Segal dated December 7, 2022 demanding that Quintessa refund Dworkin & Maciariello for lead payments. |
| 22. | Correspondence between Quintessa and Angelo Perone regarding Wilk Law Firm. |
| 23. | Wilk Law Firm's Lead Purchase Agreement with Quintessa. |
| 24. | Wilk Law Firm's campaign Google Sheet tracking leads, disengagements, and campaign finances. |
| 25. | Carrion Law Firm campaign Google Sheet tracking leads, disengagements, and campaign finances. |
| 26. | Email from Lauren Mingee to Craig Alinder dated January 6, 2022, regarding Quintessa's business model change. |
| 27. | Email from Rachel Roe to Craig Alinder dated April 18, 2022. |
| 28. | Email from Rachel Roe to Craig Alinder dated April 20, 2022. |
| 29. | Email thread between Craig Alinder and Leo Mingee dated August 17-18, 2021. |
| 30. | Email from Lauren Mingee to Craig Alinder dated September 1, 2021. |
| 31. | Email from Leo Mingee to Lauren Mingee and Craig Alinder dated October 8, 2021. |
| 32. | Email from Craig Alinder to Leo Mingee dated October 11, 2021. |
| 33. | Data exports from Quintessa's Accident Intake portal pertaining to Dworkin & Maciariello's lead campaign. |
| 34. | Data exports from Quintessa's Accident Intake portal pertaining to Wilk Law Firm's lead campaign. |
| 35. | Email thread between Joey Pulido, Craig Alinder, and Lauren Mingee dated January 6, 2022, regarding payments and involvement of Mr. Pulido. |
| 36. | ACH payments/wire transfers from Quintessa to Clear View. |

| 37. | Email from Mark Shoemaker to Craig Alinder dated March 1, 2023. |
|---|---|
| 38. | Mark Shoemaker's March 16, 2023 invoice to Clear View for legal services performed. |
| 39. | Email from Mark Shoemaker to Craig Alinder dated July 20, 2023. |
| 40. | Email from Mark Shoemaker to Craig Alinder dated July 26, 2023. |
| 41. | Any documents and correspondence produced by Clear View in response to Quintessa's Subpoena for Documents (to which Quintessa does not object). |
| 42. | Any documents produced by Mark Shoemaker (to which Quintessa does not object). |
| 43. | Any documents or materials included on Plaintiff's Final Exhibit List (to which Quintessa does not object). |

Defendant reserves the right to amend this Final Exhibit List as discovery progresses and as additional documents are identified and/or produced by the parties.

Respectfully submitted,

*s/ Benjamin M. McCaslin*
Benjamin M. McCaslin, OBA No. 32826
STRIDE LAW, PLLC
P.O. Box 1407
Guthrie, OK 73044
Telephone: (405) 562-7740
Facsimile: (405) 562-5646
Email: ben@stride.law
*Attorney For Defendant*
*Quintessa LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, I served the foregoing document via electronic mail to the following, who is not an ECF registrant:

Mark Alan Shoemaker
21215 Concordia Park Lane
Richmond, Texas 77407
mark.alan.shoemaker@gmail.com
***Plaintiff, Pro Se***

        *s/ Benjamin M. McCaslin*
        Benjamin M. McCaslin, OBA No. 32826

4